UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BMO BANK NA,<br>  Plaintiff(s),<br>v.<br><br>RAIDENT LLC et al.,<br>  Defendant(s),<br>v.<br><br>WELLS FARGO BANK, N.A.,<br>  Garnishee-Defendant. | CASE NO. MC24-0005<br><br>ORDER ON APPLICATION FOR WRIT OF GARNISHMENT |

This matter comes before the Court on Plaintiff's application for writ of garnishment. Dkt. No. 1. Plaintiff asks the clerk's office to issue a writ of garnishment but has not attached a proposed writ of garnishment for the Court's review. Plaintiff also seeks $476.64 in "statutory attorney's fees and costs" which is above the maximum allowed under section 6.27.090 of the Washington Revised Code. Accordingly, the Court denies Plaintiff's Application with leave to amend. Plaintiff may file an amended application with the necessary attachments by March 4, 2024.

Dated this 9th day of February 2024.

*Kymberly K Evanson*
Kymberly K. Evanson
United States District Judge

ORDER ON APPLICATION FOR WRIT OF GARNISHMENT - 1