UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BMO BANK NA, <br>    Plaintiff(s), <br> v. <br>RAIDEN LLC et al., <br>    Defendant(s), <br> v. <br>WELLS FARGO, N.A., <br>    Garnishee-Defendant. | CASE NO. MC24-0005 <br><br>ORDER DENYING MOTION FOR JUDGMENT ON ANSWER |

   This matter comes before the Court on Plaintiff BMO Bank NA's ("BMO Bank") motion for entry of judgment on answer of Wells Fargo, N.A. ("Wells Fargo") and order to pay. Dkt. No. 8. The motion is DENIED without prejudice.

   BMO Bank's proposed judgment states "Judgment to bear interest at 12% per annum." Dkt. No. 8-1. BMO Bank does not identify the basis for application of this interest rate.[1]

   BMO Bank may renew its motion within 14 days of the date of this Order, adding explanation for the proposed interest rate and identifying to whom (Plaintiff or Plaintiff's counsel) Wells Fargo should direct payment.

   Dated this 16th day of April, 2024.

                *Kymberly K Evanson*

                Kymberly K. Evanson
                United States District Judge

---

[1] To the extent BMO Bank relies on Wash. Rev. Code § 6.27.090 for this interest rate, BMO Bank must explain why this interest rate would apply to the actual judgment against Wells Fargo, as the statute merely applies to the amount the garnishee is required to hold.