## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BMO BANK N.A., | Case No. 24-mc-00005-KKE |
| Plaintiff/Judgment Creditor, | |
| v. | **JUDGMENT AND ORDER TO PAY** (FINANCIAL INSTITUTION) |
| RAIDEN LLC and MIKHAIL GOIMAN a/k/a MIHAI GOIMAN, | |
| Defendant(s)/Judgment Debtor(s), | |
| WELLS FARGO BANK, N.A., | |
| Garnishee Defendant. | |

### JUDGMENT SUMMARY

| | |
|---|---|
| Plaintiff/Judgment Creditor: | BMO Bank N.A. |
| Garnishment Judgment Debtor: | Wells Fargo Bank, N.A. |
| Garnishment Judgment Amount | $8,906.91 |
| Defendant/Judgment Debtor | Raiden LLC |
| Judgments to bear interest at | 0.00% |
| Attorney for Plaintiff/ Judgment Creditor | Schweet Linde & Rosenblum, PLLC |

IT APPEARING THAT Garnishee Defendant was indebted to Defendant/Judgment Debtor Raiden LLC in the nonexempt amount of $8,906.91; that at the time the writ of garnishment was issued Defendant/Judgment Debtor Raiden LLC maintained a financial institution account with Garnishee Defendant, or Garnishee Defendant had in its possession or control funds, personal property, or effects of Defendant/Judgment Debtor Ruben Raiden LLC; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff/Judgment Creditor is awarded judgment against Garnishee Defendant in the amount of $8,906.91; that Garnishee Defendant shall

JUDGMENT AND ORDER TO PAY
(FINANCIAL INSTITUTION) -1

SCHWEET LINDE & ROSENBLUM, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010   F (206) 381-0101

pay its judgment amount to Plaintiff/Judgment Creditor [or to Plaintiff/Judgment Creditor's attorney] through the registry of the court, and the clerk of the court shall note receipt thereof and forthwith disburse such payment to Plaintiff/Judgment Creditor [or to Plaintiff/Judgment Creditor's attorney]. Garnishee Defendant is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DATED this 24th day of April 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

Presented By:

SCHWEET LINDE & ROSENBLUM, PLLC

*/s/ Jacob D. Rosenblum/*
Jacob D. Rosenblum, WSBA #42629
Attorney for Plaintiff/Judgment Creditor

JUDGMENT AND ORDER TO PAY
(FINANCIAL INSTITUTION) -2

SCHWEET LINDE & ROSENBLUM, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010   F (206) 381-0101