## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BMO BANK N.A., <br><br> Plaintiff/Judgment Creditor, <br><br> v. <br><br> RAIDEN LLC and MIKHAIL GOIMAN a/k/a MIHAI GOIMAN, <br><br> Defendant(s)/Judgment Debtor(s), <br><br> WELLS FARGO BANK, N.A., <br><br> Garnishee Defendant. | **JUDGMENT IN A MISCELLANEOUS CASE** <br><br> CASE NUMBER MC24-0005 |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

   Judgment is entered in favor of Plaintiffs/Judgment Creditor BMO Bank N.A. against Garnishee Defendant Wells Fargo Bank, N.A. in the sum of $8,906.91.

   Dated April 24, 2024.

                                                    <u>Ravi Subramanian          </u>
                                                    Clerk of Court


                                                    <u>*/s/ Serge Bodnarchuk*     </u>
                                                    Deputy Clerk